AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | ) Case No.   5:26-mj-108 (MJK) |
| | ) |
| | ) |
| **JOVAUN CLARK** | ) |
| | ) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of April 13, 2026 in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and/or ammunition by a previously convicted felon |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

*Richard R Gardinier 5999*
*Complainant's signature*

Richard Gardinier, Special Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    5/14/2026

*Judge's signature*

City and State:    Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR  A CRIMINAL COMPLAINT**

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging Jovaun CLARK with violating Title 18, United States Code, Section 922 (g)(1).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017.  I have attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During the course of my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc.

3.      Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years.  I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Jovaun CLARK has violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a previously convicted felon).

**FACTS ESTABLISHING PROBABLE CAUSE**

6.      Beginning in March 2026, ATF began investigating CLARK regarding potential firearms trafficking in the City of Syracuse.  Information was gathered through a confidential informant ("CI') that CLARK possessed firearms and ammunition and was willing to sell firearms to individuals.

7.      On April 13, 2026, ATF conducted a controlled purchase of a privately made firearm and ammunition by the CI.[1]

8.      CLARK and the CI finalized the location for the purchase, and the CI was outfitted with audio and visual recordings.  The CI was searched prior to the controlled purchase, and no contraband was found.  The CI was tracked and surveilled to the pre-designated location as directed by CLARK.

9.      At the location, the CI was observed entering CLARK's vehicle.  While inside the vehicle, CLARK provided the CI with a privately made firearm[2] and eleven rounds of 9mm caliber ammunition.  In exchange for the firearm and ammunition, the CI provided CLARK with pre-recorded government funds as payment.

10.     The CI was then observed exiting the vehicle and returned to a pre-determined meeting location with federal agents.

11.     At this location, agents took custody of the firearm and ammunition.  Based on my research, training and experience, the ammunition was not manufactured in the state of New York. Several rounds were manufactured by Remington in either Connecticut or Arkansas.  Therefore, having

---

[1] The CI has been cooperating with law enforcement for approximately two months.  CI has conducted controlled purchases and provided information during this time. CI is cooperating as part of a plea agreement with the Onondaga County District Attorney's Office on a pending felony charge for Robbery. It should be noted, however, that the CI self-reported that he recently purchased pills from an individual.  This purchase was neither coordinated nor sanctioned by ATF.  In fact, this purchase was in violation of the CI's written agreement to not commit any new criminal offenses while cooperating with ATF.  I believe that the CI has provided truthful accounts of all events during sanctioned ATF operations because the CI's actions were closely monitored and audio and video recorded.  To date, I have not discovered any inaccuracies in the CI's reporting and the events that transpired.

[2] A privately made firearm is a firearm which is sold as a parts kit and assembled by the purchaser.

been possessed in the state of New York, it has traveled in and/or affected interstate commerce.

12.     CLARK is legally prohibited from possessing a firearm and/or ammunition.  On March 17, 2022, CLARK was convicted of one count of Title 18, United States Code, Section 922(g)(1) and ultimately sentenced to 87 months in federal prison.

13.     In light of the foregoing, I respectfully submit there is probable cause to believe Jovaun CLARK has violated Title 18, United States Code, Section 922(g)(1) and I respectfully request the Court authorize the filing of this complaint so that the defendant may be brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT BY TELEPHONE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

*Richard R Gardinier 5999*
Richard Gardinier, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on May 14, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Mitchell J. Katz
United States Magistrate Judge